UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM BROWN TERRY,

               Plaintiff,

-against-

SEBELA PHARMACEUTICALS, INC. and
BRAINTREE LABORATORIES INC.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

19 Civ. 10447 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference will be held telephonically. Accordingly, the parties are directed to call chambers at (212) 805-0293 on **March 18, 2020**, at **11:00 a.m.** with all parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge