## SCHWARTZ PERRY & HEI

3 PARK AVENUE, 27ᵀᴴ FL. NEW YORK, NEW YORK 1
**T:** 212.889.6565 | **F:** 212.779.8208 | SPHLEGAL.CO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2020__

April 6, 2020

**Via ECF**

Hon. Analisa Torres
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

> **Re:** **Kim Brown Terry v. Sebela Pharmaceuticals, Inc.**, *et al.*
> **Docket 1:19-cv-10447-AT**

Dear Judge Torres:

We represent the Plaintiff in the above-referenced matter and write jointly with defense counsel, to request an adjournment of the initial pretrial conference that is presently scheduled to take place via telephonic conference on April 15, 2020, at 12:40 pm.

The reason for the requested adjournment is that the matter is presently scheduled for mediation on June 4, 2020, having been adjourned from April 3, 2020 to May 4, 2020 and now June 4, 2020 as a result of circumstances surrounding the Covid19 pandemic. The parties continue to believe that it is in the best interest of a successful mediation to dedicate our time and resources towards meaningful settlement discussions, which are ongoing, and the upcoming mediation as opposed to the more costly discovery that would commence immediately upon completion of the pretrial conference.

This is the second request for an adjournment of the initial pre-trial conference.

We thank the Court for its consideration of this matter.

GRANTED. The initial pretrial conference scheduled for April 15, 2020 is ADJOURNED to **June 17, 2020**, at **11:20 a.m.** By June 10, 2020 the parties shall submit their joint letter and proposed case management plan.

The conference will be held telephonically, and the parties are directed to use the call-in information previously provided.

SO ORDERED.

Dated: April 13, 2020
New York, New York

Respectfully,

DAVID A S. PERRY

**ANALISA TORRES**
**United States District Judge**