# SCHWARTZ PERRY

3 PARK AVENUE, 27TH FL. NEW YORK, NE
T: 212.889.6565 | F: 212.779.8208 | SPH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020

June 8, 2020

**Via ECF**

Hon. Analisa Torres
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    **Kim Brown Terry v. Sebela Pharmaceuticals, Inc.**, *et al.*
             **Docket 1:19-cv-10447-AT**

Dear Judge Torres:

    We represent the Plaintiff in the above-referenced matter and write jointly with defense counsel, to request an adjournment of the initial pretrial conference that is presently scheduled to take place via telephonic conference on June 17, 2020 at 11:20 pm.

    The reason for the requested adjournment is that the matter is presently scheduled for mediation on July 14, having been adjourned from April 3, 2020 to May 4, 2020 June 4, 2020 and now July 14th as a result of circumstances surrounding the Covid19 pandemic, including but not limited to travel restrictions for Defendants' out-of-state representatives. The parties continue to believe that it is in the best interest of a successful mediation to dedicate our time and resources towards meaningful settlement discussions, which are ongoing, and the upcoming mediation as opposed to the more costly discovery that would commence immediately upon completion of the pretrial conference.

    This is the third request for an adjournment of the initial pre-trial conference.

    We thank the Court for its consideration of this matter.

Respectfully,

DAVID S. PERRY

---

GRANTED. The initial pretrial conference scheduled for June 17, 2020 is ADJOURNED to **August 6, 2020**, at **11:00 a.m.** By **July 30, 2020** the parties shall submit their joint letter and proposed case management plan.

The conference will be held telephonically, and the parties are directed to use the call-in information previously provided.

SO ORDERED.

Dated: June 8, 2020
       New York, New York

ANALISA TORRES
United States District Judge