**SCHWARTZ PERRY & HE**

3 PARK AVENUE, 27TH FL. NEW YORK, NEW YORK
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/15/2020

June 11, 2020

**Via ECF**

Hon. Analisa Torres
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    **Kim Brown Terry v. Sebela Pharmaceuticals, Inc.**, *et al.*
             **Docket 1:19-cv-10447-AT**

Dear Judge Torres:

    We represent the Plaintiff in the above-referenced matter. This letter is written with the knowledge and consent of defense counsel.

    At our joint request, the Court adjourned the initial pretrial conference from June 17, 2020 to August 6, 2020 at 11:00 am. I will be out of the state on that date at my stepdaughter's wedding. I, therefore, most respectfully request that this conference be adjourned to a date following August 12th when I will be returning to New York. The parties have no conflicts for the remainder of the month of August or early September.

    This is the fourth request for an adjournment of the initial pre-trial conference, the initial three requests being based on the fact that the parties are mediating before a Southern District mediator.

    We thank the Court for its consideration of this matter.

                                                        Respectfully,

                                                      DAVIDA S. PERRY

---

GRANTED. The initial pretrial conference scheduled for August 6, 2020 is ADJOURNED to **August 20, 2020**, at **11:40 a.m.** By **August 13, 2020**, the parties shall submit their joint letter and proposed case management plan. The conference will be held telephonically, and the parties are directed to use the call-in information previously provided.

SO ORDERED.

Dated: June 15, 2020
       New York, New York

                                         ANALISA TORRES
                                  United States District Judge